May 31, 2018

Reginald A. Callis 1504671
3001 S. Emily Dr.
Beeville, Texas 78102

10th Court of Appeals
Clerk Mrs Sharri Roessler.

RECEIVED
JUN 0 4 2018
COURT OF APPEALS
WACO, TEXAS

RE: Appealed From Navarro County
Trial Court # 31,761

Dear Clerk
Ma'am, please, due to Hurricane Harvey and it's aftermath the records I'm seeking to obtain were lost and or destroyed.
If you would please ma'am find it in your heart to send me a copy of the appeal brief filed in my behalf by attorney Ms Damara Watkins in Tc.# 31,761 2010. My records have been destroyed and this is all the information I have. Please consider this request.

Thank you,

Reginald Callis

REGINALD DALLIS #1504671
(MC CONNELL UNIT) 3001 S. Emily DR.
BEEVILLE, TEXAS 78102

RECEIVED
JUN 0 4 2018
COURT OF APPEALS
WACO, TEXAS

10th Court of Appeals
(CLERK) MRS. SHARRI ROESSLER
501 WASHINGTON AVE
WACO, TEXAS 76701.